```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SUSAN HIGHTOWER and<br>CLIFFORD HUTCHINS,<br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant. | CIVIL NO. 09-5813(NLH)(AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 13th day of January, 2010

ORDERED that defendant's motion to dismiss [4] is GRANTED; and it is further

ORDERED that the Clerk of the Court is directed to mark this matter as CLOSED.

                                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.